UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NONA RODDY PRATZ, aka                    CIVIL ACTION
NONA R. PRATZ

VERSUS                                   NO. 11-2205"B"(1)

LOCKHEED MARTIN CORPORATION              JUDGE LEMELLE
AND EARL HOWARD PRATZ                    MAGISTRATE JUDGE SHUSHAN

## ORDER and REASONS

Considering the foregoing Complaint and Motion for Temporary Restraining Order,

**IT IS ORDERED** that the Motion for Temporary Restraining Order is **DENIED** for the following reasons.

1. Adequate remedies are available in state court. If Defendants fail to comply with a valid state court judgment, they face the repercussions from such noncompliance.

2. Federal jurisdiction in this issue appears to be dependent on an interpretation of state law regarding community property matters; and under the domestic relations doctrine, federal jurisdiction involving such state issues is lacking. Because the core issue involves state domestic relations, it is doubtful that this Court has jurisdiction under ERISA. Any factual ERISA claims would involve an interpretation of state domestic relations laws.

3. Assuming federal jurisdiction under ERISA, since August 4 Plaintiff had adequate time to obtain a Qualified Domestic Relations Order under the ERISA Plan at issue. This factor negates the need for the instant Temporary Restraining Order; further,

irreparable harm has not been shown, particularly in view of noted

available  state  court  remedies  against  noncompliant

parties and related state court and federal actions against third

parties that seek enforcement of valid state court judgments at

issue.

    New Orleans, Louisiana, this 2nd day of September, 2011.

                                                   _____

                                    UNITED  STATES  DISTRICT  JUDGE